**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MAYWOOD SCOTT,<br><br>              Plaintiff,<br><br>       v.<br><br>WILLIAMS, *et al.*,<br><br>              Defendants. | No. 1:25-cv-01460 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 12) |

Joseph Scott Maywood is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2026, the magistrate judge issued a screening order granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within 30 days. (Doc. 10.) Plaintiff was warned that failure to comply with the Court's order would result in a recommendation for dismissal of this action, with prejudice. (*Id.*) Plaintiff did not file an amended complaint or otherwise communicate with the Court.

On May 27, 2026, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and for Plaintiff's failure to prosecute this action. (Doc. 12.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days. (*Id.*) The Court also warned Plaintiff that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on

1

appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff has not filed objections or otherwise communicated with the Court, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 27, 2026, (Doc. 12), are **ADOPTED**.
2. This action is **DISMISSED**, with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **June 24, 2026**

UNITED STATES DISTRICT JUDGE

2